# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| ALAN T. DEFFIBAUGH <br> *Plaintiff* <br> v. <br> DWIGHT HARVEY, et al. <br> *Defendant* | ) ) ) ) ) )    Civil Action No. 1:CV-09-1749 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:    IT IS ORDERED AND ADJUDGED that Summary Judgment be and is hereby entered in favor of Defendants, Stacy Gelvin, John Brown, John Stchur, Jeffrey Watson, Willard Oliphant, Tara Patterson, The Pennsylvania State Police and Dwight Harvey and against Plaintiff, Alan T. Deffibaugh.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Lawrence F. Stengel   on a motion for summary judgment.

Date: 9/19/13

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk